FILED

AUG 0 3 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD LEE TYNDALL, JR.,<br><br>Defendant. | Criminal No. 3:23-CR-62<br><br>Violations: 18 U.S.C. § 371 |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Conspiracy)

1. On or about September 4, 2019 to at least September 27, 2019, in Mineral County, in the Northern District of West Virginia and elsewhere, the defendant, **RICHARD LEE TYNDALL, JR.**, unlawfully, knowingly and willfully did combine, conspire, confederate and agree together with others, to commit offenses against the United States, to wit, to steal firearms from FFLs, possess the firearms although he is prohibited from possessing such firearms, and sell the firearms to other individuals, all in violation of the Gun Control Act, Title 18, United States Code, Sections 922(u), 924(i)(1), 922(g), and 924(a).

### MANNER & MEANS

2. It was a part of the conspiracy that defendant **RICHARD LEE TYNDALL, JR.** would steal firearms from a Federal Firearms Licensee ("FFL") in Mineral County, West Virginia.

3. It was a part of the conspiracy that defendant **RICHARD LEE TYDNALL, JR.** would possess the firearms although he is a prohibited individual.

4. It was a part of the conspiracy that after defendant **RICHARD LEE TYNDALL,**

**JR.** stole and possessed the firearms, he would sell the firearms to other individuals.

## OVERT ACTS

5. In furtherance of the conspiracy and to effect the objects of the conspiracy the following overt acts, among others, were committed in the Northern District of West Virginia and elsewhere:

a. on or about September 4, 2019, in Mineral County, in the Northern District of West Virginia, defendant **RICHARD LEE TYNDALL, JR.,** did steal and unlawfully take and carry away the following firearms:

| Make | Model | Caliber | Serial Number |
| --- | --- | --- | --- |
| Smith and Wesson | MP Shield | 45 ACP | JBW3691 |
| Smith and Wesson | MP Shield 2.0 | 9mm | JBY6977 |
| Smith and Wesson | MP 22C | 22 LR | HHZ1069 |
| Smith and Wesson | MP 22C (FDE) | 22 LR | HHY1076 |
| Smith and Wesson | MP 22 4.1" (BLK) | | MP146017 |
| Smith and Wesson | 422 6" (BLK) | 22 LR | UBF1378 |
| Smith and Wesson | SW9F | 9mm | PAC5356 |
| Desert Eagle | IWI MK VII | | 35201287 |

from the premises of an FFL, a business licensed to engage in the business of dealing in firearms, which firearms were then in said licensee's business inventory, and had been shipped and transported in interstate commerce;

b. on or about September 4, 2019 in Mineral County, in the Northern District of West Virginia, defendant **RICHARD LEE TYNDALL, JR.,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is the felony offense of Theft: $10,000 to Under $100,000 in violation of Maryland Code, Criminal Law, § 7-104, in Criminal Case Number 02-K-12-001046 in the Circuit Court for Anne Arundel County – Criminal, did knowingly possess the following firearms:

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Smith and Wesson | MP Shield | 45 ACP | JBW3691 |
| Smith and Wesson | MP Shield 2.0 | 9mm | JBY6977 |
| Smith and Wesson | MP 22C | 22 LR | HHZ1069 |
| Smith and Wesson | MP 22C (FDE) | 22 LR | HHY1076 |
| Smith and Wesson | MP 22 4.1" (BLK) | | MP146017 |
| Smith and Wesson | 422 6" (BLK) | 22 LR | UBF1378 |
| Smith and Wesson | SW9F | 9mm | PAC5356 |
| Desert Eagle | IWI MK VII | | 35201287 |

said firearms having been shipped and transported in interstate commerce;

c. On or about September 27, 2019, in Mineral County, in the Northern District of West Virginia, defendant **RICHARD LEE TYNDALL, JR.**, did steal and unlawfully take and carry away the following firearms:

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Aero Precision with Leopold Scope Mounted | X15 | .223 WYLDE | AR63187 |
| Radical Firearms | RF-15 | 5.56 NATO | 19-101172 |
| ATI | GSG-522 | .22 LR | A493186 |
| Anderson | AM-15 | 5.56 NATO | 17028957 |
| Mossberg | 715T | .22 LR | ELE3404248 |

from the premises of an FFL, a business licensed to engage in the business of dealing in firearms, which firearms were then in said licensee's business inventory, and had been shipped and transported in interstate commerce;

d. on or about September 27, 2019 in Mineral County, in the Northern District of West Virginia, defendant **RICHARD LEE TYNDALL, JR.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is the felony offense of Theft: $10,000 to Under $100,000 in violation of Maryland Code, Criminal Law, § 7-104, in Criminal Case Number 02-K-12-001046 in the Circuit

Court for Anne Arundel County – Criminal, did knowingly possess the following firearms:

| Make | Model | Caliber | Serial Number |
| --- | --- | --- | --- |
| Aero Precision with Leopold Scope Mounted | X15 | .223 WYLDE | AR63187 |
| Radical Firearms | RF-15 | 5.56 NATO | 19-101172 |
| ATI | GSG-522 | .22 LR | A493186 |
| Anderson | AM-15 | 5.56 NATO | 17028957 |
| Mossberg | 715T | .22 LR | ELE3404248 |

said firearms having been shipped and transported in interstate commerce;

e. other overt acts.

All in violation of Title 18, United States Code, Section 371.

## **FORFEITURE ALLEGATION**

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(u), 922(g), and 924(a)(2), including:

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Smith and Wesson | MP Shield | 45 ACP | JBW3691 |
| Smith and Wesson | MP Shield 2.0 | 9mm | JBY6977 |
| Smith and Wesson | MP 22C | 22 LR | HHZ1069 |
| Smith and Wesson | MP 22C (FDE) | 22 LR | HHY1076 |
| Smith and Wesson | MP 22 4.1" (BLK) | | MP146017 |
| Smith and Wesson | 422 6" (BLK) | 22 LR | UBF1378 |
| Smith and Wesson | SW9F | 9mm | PAC5356 |
| Desert Eagle | IWI MK VII | | 35201287 |
| Aero Precision with Leopold Scope Mounted | X15 | .223 WYLDE | AR63187 |
| Radical Firearms | RF-15 | 5.56 NATO | 19-101172 |
| ATI | GSG-522 | .22 LR | A493186 |
| Anderson | AM-15 | 5.56 NATO | 17028957 |
| Mossberg | 715T | .22 LR | ELE3404248 |

and assorted ammunition.

*[Signature: Lara K. Omps-Botteicher]*

WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney